# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEROME R. DORTCH,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INDICTMENT**<br><br>18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br><br>**FORFEITURE ALLEGATION** |

FILED
RICHARD W. NAGEL
CLERK OF COURT
2024 APR 11 PM 1:09
U.S. DISTRICT COURT
SOUTHERN DIST OHIO

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Felon in Possession of a Firearm)

1. On or about March 5, 2024, in the Southern District of Ohio, the defendant, **JEROME R. DORTCH**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically, a Taurus, model G3C, 9mm pistol, bearing serial number ABG651293, and the firearm was in and affecting interstate and foreign commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

2. The allegations contained in this Indictment are hereby re-alleged and incorporated here by reference for the purpose of alleging forfeitures to the United States of America under 18 U.S.C. § 924(d)(1).

3. Upon conviction of the offense alleged in Count 1 of the Indictment, the defendant, **JEROME R. DORTCH**, shall forfeit to the United States all firearms and ammunition involved in or used in the offense, including: a Taurus, model G3C, 9mm pistol, bearing serial number ABG651293, and any associated ammunition.

**Forfeiture notice pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

*s/foreperson*
Foreperson

KENNETH L. PARKER
UNITED STATES ATTORNEY

DAMOUN DELAVIZ (PA 309631)
Assistant United States Attorney